DIANE J. HUMETEWA
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar Number 010547
405 W. Congress, Suite 4800
Tucson, Arizona  85701
Telephone: 520-620-7300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    vs.<br><br> Abuzafar A. Irfan,<br><br>             Defendant. | CR 07-01322-TUC-FRZ<br><br>**MOTION TO DISMISS<br>AS TO THIS DEFENDANT** |

The United States of America, by and through its attorneys, DIANE J. HUMETEA, United States Attorney for the District of Arizona, and Beverly K. Anderson , Assistant United States Attorney, moves this Honorable Court to dismiss the indictment without prejudice **as to this defendant only, Abuzafar A. Irfan**.

Respectfully submitted this 23rd day of March, 2009

                                        DIANE J. HUMETEWA
                                        United States Attorney
                                        District of Arizona


                                        *S/ Beverly K. Anderson*

                                        BEVERLY K. ANDERSON
                                        Assistant United States Attorney

| | |
|---|---|
| 1 | A copy of the foregoing has been served electronically or by other |
| 2 | means this 23rd day of March, 2009, to: |
| 3 | |
| 4 | Karen Ottenstein, Esq.<br>Attorney for Defendant Irfan |